IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

        Plaintiff,                   No. CIV 06-2340 ALA P

   vs.

B. NAKU, et al.,

        Defendants.          ORDER

_____/

      The Court is in receipt of a letter filed on August 8, 2007 by Plaintiff Reginald Smith. Therein, Mr. Smith states that he filed a "notice of address change and never received a response." He also asks the Court to send him "a copy of the last court order."

      For the foregoing reasons:

      1. Mr. Smith is hereby notified that this Court did receive, and the docket contains, a document filed by Mr. Smith on May 23, 2007 entitled "Notice Change of Address." Docket No. 7. That document gives an address for Mr. Smith of "AMD 874 pen, CDC T43912 / 5325 Broder Bl. / Dublin Calif. 94568."

///

///

///

///

2. The Clerk of Court is hereby Ordered to serve on Mr. Smith, at the above address, a copy of this Court's order dated July 2, 2007 (Docket No. 8).

DATED: August 13, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation