IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

        Plaintiff,                      No. CIV S-06-2340 ALA

        vs.

B. NAKU, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that Defendant Grannis be dismissed from this action. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that Defendant Grannis is dismissed from this action.

/////

DATED: November 21, 2007

                                            <u>/s/ Arthur L. Alarcón</u>
                                            UNITED STATES CIRCUIT  JUDGE
                                            Sitting by Designation