IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

        Plaintiff,                    No. CIV S-06-2340 GEB DAD P

    vs.

B. NAKU, et al.,

        Defendants.          ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On August 4, 2008, plaintiff filed several requests.

       First, plaintiff has filed a request to appear at all court hearings. As the court previously advised plaintiff, such a request is unnecessary. The court will issue an order and writ requiring plaintiff's appearance at the appropriate time if necessary.

       Second, plaintiff has filed a request to voluntarily dismiss Chief Medical Officer Traquina and Correctional Officer Jessup from this action. Good cause appearing, plaintiff's request will be honored. See Fed. R. Civ. P. 41(a). The case will proceed on plaintiff's December 6, 2007 second amended complaint against defendants Castrillo, McMasters, Naku, and Noriega.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 4, 2008 request to appear at all court hearings is denied as unnecessary; and

2. Plaintiff's August 4, 2008 request to voluntarily dismiss Chief Medical Officer Traquina and Correctional Officer Jessup from this action is granted. Chief Medical Officer Traquina and Correctional Officer Jessup are dismissed from this action. The case will proceed on plaintiff's December 6, 2007 second amended complaint against defendants Castrillo, McMasters, Naku, and Noriega.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit2340.misc

2