IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

        Plaintiff,                    No. CIV S-06-2340 GEB DAD P

    vs.

B. NAKU, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Several of plaintiff's motions are pending before the court.

        First, plaintiff has filed a document styled "Petitioner's Motion for Magistrate Oreder [sic] to Then Show Cause Due to Default." It is not clear what plaintiff is claiming or requesting from the court in this document. Accordingly, plaintiff's motion will be denied without prejudice.

        In addition, plaintiff has filed a motion to dismiss defendant Castrillo from this action. Good cause appearing, plaintiff's motion will be honored. See Fed. R. Civ. P. 41(a). The case will proceed on plaintiff's December 6, 2007 second amended complaint against

/////

1

defendants McMasters, Naku, and Noriega and in accordance with this court's November 13, 2008 discovery order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's November 17, 2008 motion styled "Petitioner's Motion for Magistrate Oreder [sic] to Then Show Cause Due to Default" is denied without prejudice;

    2. Plaintiff's November 17, 2008 motion to dismiss defendant Castrillo from this action (Doc. No. 53) is granted and defendant Castrillo is dismissed from this action; and

    3. The case will proceed on plaintiff's December 6, 2007 second amended complaint against defendants McMasters, Naku, and Noriega and in accordance with this court's November 13, 2008 discovery order.

DATED: November 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit2340.59