IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

    Plaintiff,               No. CIV S-06-2340 GEB DAD P

    vs.

B. NAKU, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a document styled "motion for telephonic conference for trial rediness [sic] and motion for discovery." In his motion, plaintiff appears to take some issue with the status report submitted on behalf of defendants McMaster and Noriega. However, the court is unable to determine what plaintiff's complaint is or what relief he is seeking. Accordingly, the court must deny plaintiff's motion.

        Plaintiff is advised that the court recently issued a scheduling order in this case. Pursuant to that order, the parties may conduct discovery until February 19, 2010. In addition, the parties may file dispositive motions on or before May 14, 2010. The court will set scheduling order dates for pretrial conference and jury trial only after the adjudication of any dispositive motion or upon expiration of the time for filing such a motion. See Fed. R. Civ. P. 16(b).

1

1            Accordingly, IT IS HEREBY ORDERED that plaintiff's November 16, 2009

2 motion (Doc. No. 83) is denied.

3 DATED: January 11, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit2340.mot