1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REGINALD SMITH,

11            Plaintiff,                    No. CIV S-06-2340 GEB DAD P

12        vs.

13   NAKU, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  On April 28, 2010, defendant Naku filed a motion

18   for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Similarly, on May 26,

19   2010, defendants Noriega and McMasters filed their motion for summary judgment pursuant to

20   Federal Rule of Civil Procedure 56.  Plaintiff has not opposed either motion.

21            Local Rule 230(l) provides in part:  "Failure of the responding party to file written

22   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

23   the granting of the motion . . . ."  On August 5, 2008, plaintiff was advised of the requirements

24   for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

25   waiver of opposition to the motion.

26   /////

1

1            Local Rule 110 provides that failure to comply with the Local Rules "may be

2  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

3  inherent power of the Court."  In the order filed on August 5, 2008, plaintiff was advised that

4  failure to comply with the Local Rules may result in a recommendation that the action be

5  dismissed.

6            Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

7  date of this order, plaintiff shall file his opposition, if any, to defendant Naku's April 28, 2010

8  motion for summary judgment and defendants Noriega and McMasters' May 26, 2010 motion for

9  summary judgment.  Failure to file an opposition will be deemed as a statement of non-

10  opposition and shall result in a recommendation that this action be dismissed pursuant Federal

11  Rule of Civil Procedure 41(b).

12  DATED: July 6, 2010.

13

14                                  _____

                                    DALE A. DROZD

15                                 UNITED STATES MAGISTRATE JUDGE

16  DAD:sj

     smit2340.46

17

18

19

20

21

22

23

24

25

26